UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY MICHAEL MCMAHON,<br><br>　　　　　　　Plaintiff,<br>　v.<br>TIME KEEPER NDOC, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:24-cv-00380-MMD-CLB<br><br>ORDER |

　　　*Pro se* Plaintiff Jeffrey Michael McMahon has filed a motion for voluntary dismissal. (ECF No. 26.) Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). No answer or motion for summary judgment has been filed. Therefore, the Court grants Plaintiff's motion for voluntary dismissal and dismisses this action without prejudice.

　　　It is therefore ordered that Plaintiff's motion to voluntarily dismiss this action without prejudice (ECF No. 26) is granted.

　　　It is further ordered that this action is dismissed in its entirety without prejudice.

　　　It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 10) is denied as moot.

　　　It is further ordered that Plaintiff's other pending motions (ECF Nos. 3, 8, 12, 21, 22, 24) are also denied as moot.

　　　The Clerk of Court is directed to enter judgment accordingly and close this case.

　　　DATED THIS 26th Day of February 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE